PER CURIAM.
Affirmed. McCray v. State, 416 So.2d 804 (Fla.1982); Antone v. State, 382 So.2d 1205, 1214 (Fla.), cert. denied, 449 U.S. 913, 101 S.Ct. 287, 66 L.Ed.2d 141, reh’g denied, 449 U.S. 1057, 101 S.Ct. 632, 66 L.Ed.2d 512 (1980); State v. Hassberger, 350 So.2d 1 (Fla.1977); State v. Villar, 554 So.2d 576 (Fla. 3d DCA 1989); State v. Zamora, 534 So.2d 864 (Fla. 3d DCA 1988); Herrera v. State, 532 So.2d 54 (Fla. 3d DCA 1988).